# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SCOTT HILLMAN,

    Defendant.

Case No.2:10-CR-00310-KJD-PAL

**ORDER**

Presently before the Court is Defendant's Motion to Modify Probation (#35).  The United States filed a response in opposition (#36) to which Defendant replied (#37).  Defendant sought early termination of his house arrest term of eight months which was set to expire on or about July 7, 2012.  Since Defendant's term of house arrest has expired on its own accord, the Court **DENIES the motion as moot**.

**IT IS SO ORDERED.**

    DATED this 9TH  day of January 2013.

_____
Kent J. Dawson
United States District Judge